PROB 12C
(6/16)

Report Date: June 1, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 04 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Adam Loren Hankins | Case Number: 0980 2:14CR00058-JLQ-1 |

Address of Offender:                    Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: November 17, 2014

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of an Explosive Device, 18 U.S.C. §§ 841(c), 842(i)(3), 844(a)(1) | |
| Original Sentence: | Prison - 60 Months<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: December 28, 2017 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: December 27, 2020 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You must abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On December 28, 2017, supervision commenced in this matter. That same day, Mr. Hankins completed a supervision intake. The conditions of supervision were reviewed with him and he signed a copy of the conditions of supervised release, acknowledging an understanding of the conditions, which included the above-noted special condition number 16.<br><br>Mr. Hankins violated the terms of his supervised release by consuming a controlled substance, methamphetamine, in January and March 2018, and on or about May 14, 2018.<br><br>The undersigned officer received information from a concerned citizen in regard to some threatening type Facebook posts Mr. Hankins had posted. On May 17, 2018, Mr. Hankins reported as directed. During the course of conversation, Mr. Hankins admitted to methamphetamine use. He initially stated he used one time on May 14, 2018, which was the date of the Facebook posts. Upon further discussion, he advised he used |

Prob12C
Re: Hankins, Adam Loren
June 1, 2018
Page 2

methamphetamine once in January, and once in March 2018. Mr. Hankins then signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 1, 2018

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

6/4/18

Date