PROB 12C
(6/16)

Report Date: June 18, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 19 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Adam Loren Hankins | Case Number: 0980 2:14CR00058-JLQ-1 |
| Address of Offender: | Spokane, Washington 99202 |

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: January 9, 2001

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of an Explosive Device, 18 U.S.C. § 842(i)(3) | |
| Original Sentence: | Prison - 60 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: December 28, 2017 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: December 27, 2020 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/01/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

        **Supporting Evidence**: On December 28, 2017, supervision commenced in this matter. That same day, Mr. Hankins completed a supervision intake. The conditions of supervision were reviewed with him and he signed a copy of the conditions of supervised release, acknowledging an understanding of the conditions, which included the above-noted special condition number 16.

        Mr. Hankins violated the terms of his supervised release by failing to appear for a urinalysis test on or about June 1, 2018.

        On June 4, 2018, the undersigned officer was notified that Mr. Hankins failed to appear for a random urinalysis test at Pioneer Counseling Services. Mr. Hankins was contacted by the undersigned and directed to immediately report for urinalysis testing.

That same day, Mr. Hankins reported. He indicated a car fell on him on May 30, 2018, and he stayed home to rest all day, June 1, 2018. He stated, he must have forgotten to call the drug testing line.

3     **Standard Condition #3:** The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence:** On December 28, 2017, supervision commenced in this matter. That same day, Mr. Hankins completed a supervision intake. The conditions of supervision were reviewed with him and he signed a copy of the conditions of supervised release, acknowledging an understanding of the conditions, which included the above-noted standard condition number 3. In addition, the substance abuse testing instructions were read to Mr. Hankins, which includes: You are not to alter the sample either directly or indirectly. Adulteration is the intentional manipulation of urine sample in order to pass a drug screening test. In addition to testing for controlled substances, each sample is subject to testing for adulteration both on-site and via laboratory confirmation.

Mr. Hankins violated the terms of his supervised release by submitting to a urinalysis test that was determined to be a dilute specimen, on or about June 4, 2018.

On June 4, 2018, Mr. Hankins reported. He submitted to a urinalysis test, which tested presumptive positive for methamphetamine. In addition, the sample appeared to be a dilute specimen. Mr. Hankins denied use and the sample was sent to the laboratory for additional testing. The lab report has since been received. The sample tested negative for methamphetamine, but was also confirmed to be a dilute specimen.

4     **Special Condition Number 14:** You shall undergo a substance abuse evaluation, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence:** On December 28, 2017, supervision commenced in this matter. That same day, Mr. Hankins completed a supervision intake. The conditions of supervision were reviewed with him and he signed a copy of the conditions of supervised release, acknowledging an understanding of the conditions, which included the above-noted special condition number 14.

Mr. Hankins violated the terms of his supervised release by failing to appear for his substance abuse and mental health counseling session, on or about June 12, 2018.

On June 12, 2018, the undersigned was contacted by Mr. Hankins' counselor. He reported that Mr. Hankins failed to appear for his counseling session that morning.

Prob12C
Re: Hankins, Adam Loren
June 18, 2018
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/01/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 18, 2018

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

6/19/2018
Date