Report Date: June 20, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 2 0 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adam Loren Hankins          Case Number: 0980 2:14CR00058-JLQ-1

Address of Offender:          Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: November 17, 2014

Original Offense:     Felon in Possession of an Explosive Device, 18 U.S.C. § 842(i)(3)

Original Sentence:     Prison 60 months;          Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Matthew F. Duggan          Date Supervision Commenced: December 28, 2017

Defense Attorney:      Federal Public Defender    Date Supervision Expires: December 27, 2020

---

### PETITIONING THE COURT

To issue a **WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/01/2018, and 06/18/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer. |

**Supporting Evidence**: On December 28, 2017, supervision commenced in this matter. That same day, Mr. Hankins completed a supervision intake. The conditions of supervision were reviewed with him and he signed a copy of the conditions of supervised release acknowledging an understanding of the conditions, which included the above-noted standard condition number 2.

Mr. Hankins violated the terms of his supervised release by failing to report to the United States probation officer on or about June 18, 2018.

On June 15, 2018, Mr. Hankins reported to the probation office. At that time he was directed to report again on Monday, June 18, 2018, at 8 a.m. On June 18, 2018, Mr. Hankins failed to report. Efforts to contact Mr. Hankins by phone have been unsuccessful.

6          **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On December 28, 2017, supervision commenced in this matter. That same day, Mr. Hankins completed a supervision intake. The conditions of supervision were reviewed with him and he signed a copy of the conditions of supervised release acknowledging an understanding of the conditions, which included the above-noted special condition number 16.

Mr. Hankins violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about June 15, 2018.

On June 15, 2018, Mr. Hankins reported to the probation office and submitted to a urinalysis. The sample tested presumptive positive for methamphetamine and appeared dilute. Mr. Hankins denied use and the sample was sent to the laboratory for additional testing.

The lab report was received and confirmed a positive for the presence of methamphetamine. In addition, the sample was confirmed to be a dilute specimen.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court and issue a **WARRANT** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/20/2018

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[x]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]    Defendant to appear before the Judge assigned to the
       case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

6/20/2018

Date