PROB 12C
(6/16)

Report Date: December 16, 2020

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 16, 2020

SEAN F. McAVOY, CLERK

Name of Offender: Adam Loren Hankins            Case Number: 0980 2:14CR00058-WFN-1

Address of Offender:                            Mead, Washington 99021

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name o Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen Senior U.S. District Judge

Date of Original Sentence: November 17, 2014

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of an Explosive Device, 18 U.S.C. § 842(I)(3) | |
| Original Sentence: | Prison - 60 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence (July 10, 2018) | Prison - 12 months TSR - 24 months | |
| Asst. U.S. Attorney: | Earl Hicks | Date Supervision Commenced: June 19, 2019 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: June 18, 2021 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/13/2020 and 12/02/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

10        **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer is advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**:  It is alleged that Mr. Hankins violated the terms of his supervised release by failing to report a change in residence, since on or about December 10, 2020.

On June 19, 2019, supervision commenced in this matter.  That same day, Mr. Hankins reported to the United States Probation Office for the purposes of a supervision intake. The judgment was reviewed with Mr. Hankins and he acknowledged an understanding of the conditions imposed by the Court, to include the above-noted standard condition number 5.

Prob12C
**Re: Hankins, Adam Loren**
**December 16, 2020**
**Page 2**

On December 8, 2020, Mr. Hankins entered inpatient treatment at the Cub House, located in the Spokane Valley. On December 16, 2020, the undersigned contacted the Cub House to follow up on Mr. Hankins' treatment status and was advised that Mr. Hankins walked out of the facility on December 10, 2020, after making threats to staff.

Mr. Hankins has made no effort to contact the undersigned and report his current housing location and his whereabouts are unknown.

11          **Special Condition #14:** You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cots of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged that Mr. Hankins violated the terms of his supervised release by failing to complete inpatient treatment, on or about December 10, 2020.

On June 19, 2019, supervision commenced in this matter. That same day, Mr. Hankins reported to the United States Probation Office for the purposes of a supervision intake. The judgment was reviewed with Mr. Hankins and he acknowledged an understanding of the conditions imposed by the Court, to include the above-noted standard condition number 5.

On December 7, 2020, Mr. Hankins completed a substance abuse evaluation with Spokane Treatment and Recovery Services (STARS). He was recommended for inpatient treatment.

On December 8, 2020, he entered inpatient treatment at the Cub House. On December 10, 2020, after making threats to staff of the Cub House, Mr. Hankins left the facility. As a result, he was unsuccessfully discharged.

His current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/16/2020

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
Re: Hankins, Adam Loren
December 16, 2020
Page 3

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

12/16/2020
Date