PROB 12C
(6/16)

Report Date: March 8, 2023

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**Mar 08, 2023**

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adam Loren Hankins     Case Number: 0980 2:14CR00058-WFN-1

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 17, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of an Explosive Device, 18 U.S.C. § 842(I)(3) | | |
| Original Sentence: | Prison - 60 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (July 10, 2018) | Prison - 12 months TSR - 24 months | | |
| Asst. U.S. Attorney: | Earl Hicks | Date Supervision Commenced: | June 19, 2019 |
| Defense Attorney: | Zachary Ayers | Date Supervision Expires: | June 18, 2021 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/13/2020, 12/2/2020 and 12/16/2020.

On June 19, 2019, Mr. Hankins reported to the United States Probation Office for the purposes of a supervision intake. The judgment was reviewed with Mr. Hankins and he acknowledged an understanding of the conditions imposed by the Court and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Mandatory Condition #1** : You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: It is alleged that Adam Hankins violated the terms of his supervised release by being charged in the Eastern District of Washington with Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), on or about January 30, 2021.<br><br>On January 30, 2021, Adam Hankins was arrested in the Eastern District of Washington and indicted under case number 2:21CR00048-WFN-1, which specifically alleges the possession of a Sturm, Ruger & Co. Inc., model P98, 9mm pistol, bearing serial number 310-72941. |

Prob12C
**Re: Hankins, Adam Loren**
**March 8, 2023**
Page 2

      An agent with the Bureau of Alcohol, Tobacco and Firearms advised there were several individuals who reported Mr. Hankins had pulled a gun on them. When Mr. Hankins was arrested, he was inside a shop. He had agreed to surrender to the agents, however, had taken his time exiting the shop. There was a wood stove inside the shop and prior to Mr. Hankins exiting, the agents noticed a change in the smoke of the wood stove. They ultimately located the above-noted firearm in the wood stove, as well as a melted drug scale and needles.

      Law enforcement developed probable case to charge Mr. Hankins and on May 4, 2021 an indictment was filed in the Eastern District of Washington charging Mr. Hankins with Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

13      **Standard Condition # 10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus, or tasers).

      **Supporting Evidence**: It is alleged that Adam Hankins violated the terms of his supervised release by having access to a firearm, on or about January 30, 2021.

      On January 30, 2021, Adam Hankins was arrested in the Eastern District of Washington and indicted under case number 2:21CR00048-WFN-1, which specifically alleges the possession of a Sturm, Ruger & Co. Inc., model P98, 9mm pistol, bearing serial number 310-72941.

      An agent with the Bureau of Alcohol, Tobacco and Firearms advised there were several individuals who reported Mr. Hankins had pulled a gun on them. When Mr. Hankins was arrested, he was inside a shop. He had agreed to surrender to the agents, however, had taken his time exiting the shop. There was a wood stove inside the shop and prior to Mr. Hankins exiting, the agents noticed a change in the smoke of the wood stove. They ultimately located the above-noted firearm in the wood stove, as well as a melted drug scale and needles.

      Law enforcement developed probable case to charge Mr. Hankins and on May 4, 2021 an indictment was filed in the Eastern District of Washington charging Mr. Hankins with Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/08/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Hankins, Adam Loren**
**March 8, 2023**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

___3/8/2023___
Date